IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BANCREDITO HOLING CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DMRA LAW, LLC., et al., <br><br> Defendants. | CIVIL NO. 23-1238 (CVR) |

## JUDGMENT

Pursuant to the "Notice of Voluntary Dismissal as a Matter of Right" (Docket No. 45) and the Court's Order of this same date (Docket No. 47), the Court hereby ENTERS JUDGMENT, and DISMISSES WITHOUT PREJUDICE this case.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 23rd day of October 2023.

                                         S/CAMILLE L. VELEZ-RIVE
                                         CAMILLE L. VELEZ RIVE
                                         UNITED STATES DISTRICT JUDGE